UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10110-CIV-MARTINEZ/MCALILEY

MARIO ROMERA,

    Plaintiff,

v.

MONROE COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER REQUIRING RESPONSE TO DISCOVERY MOTION

Pending before the Court is Defendant Monroe County's Motion to Compel Discovery from Plaintiff, Mario Romera, and for Sanctions. [DE 13]. This Court has reviewed the motion and believes that it may be resolved without a hearing. Therefore, it is hereby ORDERED that:

**No later than March 13, 2014,** Plaintiff shall file his response to the motion, limited to 3 pages in length.

DONE and ORDERED in chambers in Miami, Florida this 6th day of March, 2014.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Jose E. Martinez
Counsel of record