**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
-----------------------------------------------------
**CASE NO.  13-10110-CIV-MARTINEZ-MCALILEY**

**MARIO ROMERA**,

    Plaintiff,

vs.

**MONROE COUNTY, FLORIDA,**

    Defendant.

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT MONROE COUNTY'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF, MARIO ROMERA, AND FOR SANCTIONS. [DE 13] AND THE MAGISTRATE JUDGE'S ORDER OF MARCH 6, 2014 [DE 15]

    Plaintiff**, MARIO ROMERA**, responds to Defendant Monroe County's Motion to Compel Discovery from Plaintiff, Mario Romera, and for Sanctions [DE 13] and the Magistrate Judge's Order of March 6, 2014 [DE 15], and states that opposing counsel has authorized the undersigned counsel to represent to the Court that that the Defendant Monroe County's Motion to Compel Discovery from Plaintiff, Mario Romera, has been complied with and the issues raised in Defendant Monroe County's Motion to Compel Discovery from Plaintiff, Mario Romera, and for Sanctions [DE 13] have been amicably resolved.

    WHEREFORE Plaintiff, MARIO ROMERA, prays that this Court will deem the issues raised in Defendant Monroe County's Motion to Compel Discovery from Plaintiff, Mario Romera, and for Sanctions [DE 13] moot and will deem said motion as moot.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2014, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/S/ Craig A. Brand, Esq.
_____
**CRAIG A. BRAND, ESQ.**
FBN: 896111
THE BRAND LAW FIRM, P.A.
Attorneys for Plaintiff
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 101
Miami, Florida 33133
Main Office and Fax Line. 877-407-2726
Tel. (305) 878-1477
Email: Craig@TheBrandLawFirm.com

## SERVICE LIST

**ROMERA V. MONROE COUNTY FLORIDA**
**Case No. 4:13-CV-10110-MARTINEZ-MCAILEY**
**United States District Court, Southern District of Florida**

Craig A. Brand, Esq.
THE BRAND LAW FIRM, P.A.
2937 S.W. 27th Avenue, Suite 101
Miami, Florida 33133
Telephone: (305) 878-1477
Craig@thebrandlawfirm.com

Christopher J. Stearns, Esq.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
stearns@jambg.com