IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------
CASE NO.  13-10110-CIV-MARTINEZ-MCALILEY

**MARIO ROMERA**,

    Plaintiff,

vs.

**MONROE COUNTY, FLORIDA,**

    Defendant.

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY, DISPOSITIVE MOTIONS AND TO COMPLETE MEDIATION, INCORPORATING MEMORANDUM OF LAW

Pursuant to Local Rule 7.1, Plaintiff**, MARIO ROMERA**, by and through his undersigned counsel, moves this Court for entry of an Order enlarging the time for completion of discovery, the filing of dispositive motions and the completion of mediation from the dates set forth in this Court's August 22, 2013, Order Setting Civil Trial Date and Pretrial Schedule [DE 12], to Friday, May 30, 2014.  As grounds therefore, Plaintiff represents the following to the Court:

1. On February 22, 2014, Counsel for Plaintiff suffered multiple broken bones in the right shoulder as well as a right rotator cuff tare-off in a skiing accident in Vail, Colorado, requiring emergency care in Colorado and current on-going treatment by an orthopedic surgeon in Miami, Florida.  Counsel is right-handed and is a sole practitioner.  The orthopedic surgeon directed that the right arm and shoulder be placed in a non-motion permitting sling, that the patient avoid utilizing the right arm as much as possible.  Presently, surgery is being avoided until such a time as the two broken shoulder bones heal and then depending upon new imagery, surgery and a

1

date will be determined.  At present, there is a strong likelihood of surgery on the right shoulder and rotator cuff area in early April.  At a minimum, even if surgery is delayed, Counsel for Plaintiff will be very limited in his ability to lift files (in fact, cannot physically lift much of anything), pass exhibits at a deposition and cannot write without extreme prejudice.  Should rotator cuff and right shoulder surgery be determined, it most likely will be performed during the first two weeks in April 2014, and recovery is expected to take a minimum of six weeks.

2. The Pretrial Schedule includes the following dates which are the subject of this motion:

   A. 4-16-2014:  All discovery, including expert discovery, shall be completed.

   B. 4-21-2014:  All Daubert, summary judgment, and other dispositive motions must be filed.

   C. 5-21-2014:  Mediation shall be completed.

3. "A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Prop., Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). In cases where a scheduling order has been entered, such "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); see also Fed. R. Civ. P. 6(b) (permitting extensions for good cause when motion is made prior to original deadline). To show "good cause," a party must establish that despite its diligence, a deadline cannot be reached. *Sosa v. Airport Sys., Inc.*, 133 F.3d 1417, 1419 (11th Cir. 1998).

4. Resetting the dates set forth in paragraph "2" above by enlarging such dates to Friday, May will not affect any of the deadlines on and after the June 2, 2014, deadline for filing all pretrial motions and memoranda of law, including the jury trial setting in this cause.

5. In the event that the medical condition of the undersigned counsel worsens, the undersigned counsel may of necessity subsequently seek a continuance of additional deadlines and the jury trial in this matter.

6. Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel has conferred with opposing counsel who has no objection to the Court granting this motion.

WHEREFORE Plaintiff, MARIO ROMERA, prays that this Court will enter an Order enlarging the time for completion of discovery, the filing of dispositive motions and the completion of mediation from the dates set forth in this Court's August 22, 2013, Order Setting Civil Trial Date and Pretrial Schedule [DE 12], to Friday, May 30, 2014.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13 day of March, 2014, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/S/ *Craig A. Brand, Esq.*
_____
**CRAIG A. BRAND, ESQ.**
FBN: 896111
THE BRAND LAW FIRM, P.A.
Attorneys for Plaintiff
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 101
Miami, Florida 33133

                                                                    Main Office and Fax Line. 877-407-2726
                                                                    Tel. (305) 878-1477
                                                                    Email: Craig@TheBrandLawFirm.com

**SERVICE LIST**

**ROMERA V. MONROE COUNTY FLORIDA**
**Case No. 4:13-CV-10110-MARTINEZ-MCAILEY**
**United States District Court, Southern District of Florida**

Craig A. Brand, Esq.
THE BRAND LAW FIRM, P.A.
2937 S.W. 27th Avenue, Suite 101
Miami, Florida 33133
Telephone: (305) 878-1477
Craig@thebrandlawfirm.com

Christopher J. Stearns, Esq.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
stearns@jambg.com