UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 13-10110-CIV-MARTINEZ-MCALILEY

MARIO ROMERA,

    Plaintiff,

vs.

MONROE COUNTY, FLORIDA,

    Defendant.
_____/

### ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY, DISPOSITIVE MOTIONS AND TO COMPLETE MEDIATION

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Enlargement of Time for Discovery, Dispositive Motions and to Complete Mediation (D.E. No. 20). Plaintiff Mario Romero requests an enlargement of time for the completion of discovery, filing of dispositive motions and the completion of mediation from the dates set forth in this Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge (D.E. No. 12). After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that:

1.    Plaintiff's Unopposed Motion for Enlargement of Time for Discovery, Dispositive Motions and to Complete Mediation (D.E. No. 20) is **GRANTED IN PART** as set forth herein.

2.    The previous calendar call and trial dates are hereby **CANCELLED.**

3.    Trial is rescheduled to commence during the two-week period beginning

**November 3, 2014** before Jose E. Martinez, United States District Judge, 301 Simonton Street, Courtroom 1, Key West, Florida. Calendar call will commence on **Thursday, October 30, 2014, at 1:45 p.m.** Calendar call will be held at 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida. **All counsel may appear via telephone at calendar call.**

3. The following pretrial deadlines are reset:

| | |
|---|---|
| 8-25-2014 | All discovery, including expert discovery, shall be completed. |
| 8-29-2014 | All *Daubert*, summary judgment, and other dispositive motions must be filed. |
| Note: | In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| 9-26-2014 | Mediation shall be completed. |
| 10-6-2014 | All pretrial motions and memoranda of law,[1] such as motions in limine, must be filed. |
| 10-13-2014 | Joint pretrial stipulation must be filed. |
| 10-27-2014 | Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed. |
| 10-29-2014 | Proposed voir dire questions must be filed. |
| 10-30-2014 | Deposition designations must be filed. |

---

[1] This deadline does not pertain to *Daubert*, summary judgment, and other dispositive motions as a specific deadline has already been provided for these motions.

4. The Court's Scheduling Order (D.E. No. 12) shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this __13__ day of March, 2014.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record