**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
-----------------------------------------------------
**CASE NO.  13-10110-CIV-MARTINEZ/GOODMAN**

**MARIO ROMERA**,

      Plaintiff,

vs.

**MONROE COUNTY, FLORIDA,**

      Defendant.
_____/

# PLAINTIFF'S LOCAL RULE 16.1 DISCLOSURES

Plaintiff**, MARIO ROMERA**, provides the following initial disclosures pursuant to Local Rule 16.1 and Fed. R. Civ. P. 26(a)(3) and:

(i)    The name and, if known, address and telephone number of each individual who Plaintiff may present as a witness and the subject matter about which the witness is expected to testify is as follows:[1,2]

| Name | | Address | Subject |
| --- | --- | --- | --- |
| Mario Romera | E | C/O Craig A. Brand, The Brand Law Firm, P.A., 2937 S.W. 27th Avenue, Suite 101, Miami, FL 33133 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; history of employment as a Firefighter-EMT; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere; damages |
| Chief James K. Callahan | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6088 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and |

---

[1] Plaintiff is disclosing these individuals in a good faith attempt to identify all individuals who may testify in this action.  Plaintiff's investigation into the facts, circumstances and possible witnesses in this action is ongoing.  Plaintiff may ultimately locate additional individuals with knowledge regarding the allegations, claims or defenses asserted in this action.

[2] The designation "E" will follow the name of the witness expected to be called by the Plaintiff.  The Designation "M" will follow the name of the witness who may be called by the Plaintiff.

| | | | |
|---|---|---|---|
| | | | national origin; discriminatory atmosphere |
| Deputy Chief of Operations Gary E. Boswell | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6004 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere; participated in Plaintiff's predetermination hearing. |
| Battalion Chief Chris Musser | E | Monroe County Fire Rescue Dept., 3491 South Roosevelt Blvd., Key West, FL 33040, tel: (305) 797-8498 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Battalion Chief Alvin "CAB" Bentley | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean Marathon, FL, FL 33050, tel: (305) 304-7310 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Battalion Chief Dale Beaver | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6004 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Battalion Chief Mark Thompson | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6004 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Assistant Fire Marshal Timmy Leonard | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6010 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Lt. Mike Saunders | E | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |

2

| | | | |
|---|---|---|---|
| Lt. Gary Burgess | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Lt. Daniel Fernandez | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Lt. Manny Leon | E | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Lt. David Zalanka | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Lt. John Hamburger | E | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Lt. Don Bock | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Lt. David Sebben | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| FF Eddie Child | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory |

| | | | |
|---|---|---|---|
| | | | atmosphere |
| FF William Lyden | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| FF Andrew Bohl | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| FF Francisco Perez Diaz | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| FF Jaime Arana | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| FF Carlos Martinez | M | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Randy Garcia | M | | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere |
| Pam Pumar | E | Human Resources Administrator, Monroe County Human Resources Department, 1100 Simonton Street, Suite 268, Key West, FL 33040, tel: (305) 292-4459 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere; processed correspondence from and concerning Mario Romera, Michael Saunders and others; participated in Plaintiff's |

4

| | | | predetermination hearing. |
|---|---|---|---|
| Teresa Aguiar | E | Director of the Monroe County Employee Services Division, 1100 Simonton Street, Suite 2-226, Key West, FL 33040, tel: (305) 292-4458 | Believed to have knowledge of the wage and employee benefits lost by the Plaintiff as a result of the discriminatory employment action. |
| Maria Fernandez-Gonzalez | E | Senior Benefits Administrator, Employee Benefits Department, 1100 Simonton Street, Suite 2-268, Key West, FL 33040, tel: (305) 292-4448 | Believed to have knowledge of the wage and employee benefits lost by the Plaintiff as a result of the discriminatory employment action. |
| Roman Gastesi, Jr. and/or other records custodian | M | Monroe County Administrator, 1100 Simonton Street, Suite 205, Key West, FL 33040, tel: (305) 292-4441 | Believed to be custodian of personnel and disciplinary records which will be used to prove the disparate treatment of Hispanics versus Caucasians within the Monroe County Fire Rescue Department. |
| Cynthia Hall, Esq. | M | Assistant County Attorney, 1111 12th Street, Suite 408, Key West, FL 33040, tel: (305) 292-3470 | Participated in Plaintiff's predetermination hearing. |
| Debbie Frederick | M | Deputy County Administrator, 1100 Simonton Street, Suite 205, Key West, FL 33040, tel: (305) 292-4441 | Issued grievance denial dated August 17, 2012. |
| Investigator Yolanda Ramirez and/or Nitzer Santos Wright and/or Records Custodian | E | U.S. Equal Employment Opportunity Commission, Miami District Office, Miami Tower, 100 S.E. 2d Street, Suite 1500, Miami, FL 33131, tel: (305) 808-1767 | Timely filing of Romera's EEOC Claim, issuance of Dismissal and Notice of Rights in EEOC Charge No. 5010-2012-04067 on Feb. 21, 2013, and timely filing of the subject lawsuit within the required ninety (90) day period. |
| Susan R. Heim | M | 127 Abode Casa Court, Tavernier, FL 33070, Tel: (305) 509-0180 | Believed to have knowledge of facts related to the alleged discrimination against Plaintiff |
| FF Cameron T. Cowart | E | Exact Fire Station Location Unknown; contact Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050 | Disparity in disciplinary sanctions imposed by the Monroe County Fire Rescue Department based upon race and/or national origin. |
| David Goodhue, Editor | M | The Reporter, 91655 Overseas Highway, Tavernier, FL 33070, Tel: | Statements made by any of the above witnesses regarding disparity in disciplinary sanctions |

5

| | | | |
|---|---|---|---|
| | | (305) 440-3204 | imposed by the Monroe County Fire Rescue Department based upon race and/or national origin. |
| Mark A. Gongre, Safety Officer | E | Safety Office, Monroe County, 1100 Simonton Street, Suite 205, Key West, FL 33040, Tel: (305) 292-4559 | Safety Rules of Monroe County, Florida. Correspondence advising Chief Callahan and/or any Battalion Chief (1) of the ineligibility of any employee of the Monroe County Fire Rescue Department to operate a Monroe County vehicle; (2) of the eligibility of any employee of the Monroe County Fire Rescue Department to operate a Monroe County vehicle; and/or the violation or alleged violation by any Monroe County Safety Rule by any employee of the Monroe County Fire Rescue Department. |

**(ii)    Plaintiff expects to offer the following exhibits[3] in evidence at trial:**

(a)    Monroe County IAFF Local 3909 Grievance Form filed July 11, 2012, by Firefighter Mario Romera.

(b)    Monroe County July 18, 2012, Response to Mario Romera's grievance dated July 11, 2012, including August 1, 2012, statement of termination signed by Chief Callahan.

(c)    Grievance denial dated August 17, 2012, issued by Assistant (now Deputy) County Administrator.

(d)    U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights in EEOC Charge No. 5010-2012-04067 dated February 21, 2013.

(e)    Monroe County Fire Rescue Standard Operating Procedures effective during March 2012 through June 27, 2012.

(f)    Mario Romera's January 18, 2013, email to Yolanda Ramirez at the EEOC.

---

[3] Plaintiff is disclosing these exhibits in a good faith attempt to identify the evidence Plaintiff intends to offer at trial. Plaintiff's investigation into the facts, circumstances and possible witnesses in this action is ongoing. Plaintiff may ultimately ascertain additional evidence related to the allegations, claims or defenses asserted in this action.

(g) September 23, 2008, email from Mario Romera to Chief Callahan with copy to Gary Boswell and "CAB" Bentley.

(H) May 21, 2013, Quest Diagnostics negative drug test results from Mario Romera sample.

(i) May 21, 2012, Memorandum from Deputy Chief Gary Boswell to Monroe county HR Dept. re: Mario Romera.

(j) May 21, 2012, letter from Mario Romera to Chief Callahan.

(k) Station #17 Daily Log Form for Shift A dated May 20, 2012.

(l) Station #17 Daily Log Form for Shift B dated May 21, 2012.

(m) Monroe County IAFF Local 3909 Grievance Form dated June 7, 2012, by Firefighter Mario Romera.

(n) Monroe County Safety Rules and Regulations in force at any time during the time period Plaintiff was employed by Monroe County, Florida.

(o) Any correspondence of the Monroe County Safety Office sent to and/or received from any employee of the Monroe County Fire Rescue Department during the time period Plaintiff was employed by Monroe County, Florida.

(p) All records of employment of Plaintiff as a Firefighter by the Monroe County Fire Rescue Department.

(q) All records of wages and benefits, including the dollar value of each such benefits, received by Mario Romera during 2011 and 2012.

(r) Records of any Predetermination Hearings, including the results of such hearings, held by Chief Callahan and/or any Battalion Chief regarding possible disciplinary action to be imposed against any firefighter of whatever rank from the date of commencement of Mario Romera's employment by Monroe County, Florida, to the present.

(s) Disciplinary records of firefighters of whatever rank (from Firefighter through Chief) employed by Monroe County, Florida and/or Monroe County, Fire Rescue Department, from the date of commencement of Mario Romera's employment by Monroe County, Florida, to the present.

(t) Any union contract, including any amendments thereto, that was in effect during the period from January 1, 2012, through June 27, 2012, between Monroe County, Florida, and the Monroe County IAFF Local 3909.

(u) All electronic mail ("email"), memoranda, correspondence, and other writings sent by Mario Romera to any Lieutenant, Captain, Battalion Chief, Deputy Chief of Operations and/or Chief of the Monroe County Fire Rescue Department at any time from Mario Romera's commencement of employment with the department until the current date.

(v) All electronic mail ("email"), memoranda, correspondence, and other writings sent by any Lieutenant, Captain, Battalion Chief, Deputy Chief of Operations and/or Chief of the Monroe County Fire Rescue Department to Mario Romera at any time from his commencement of employment with the department until the current date.

(w) All electronic mail ("email"), memoranda, correspondence, and other writings sent or received at any time concerning Mario Romera by any Lieutenant, Captain, Battalion Chief, Deputy Chief of Operations and/or Chief of the Monroe County Fire Rescue Department to any other Lieutenant, Captain, Battalion Chief, Deputy Chief of Operations and/or Chief of the Monroe County Fire Rescue Department.

(x) All electronic mail ("email"), memoranda, correspondence, and other writings sent or received at any time concerning Mario Romera by any Lieutenant, Captain, Battalion Chief, Deputy Chief of Operations and/or Chief of the Monroe County Fire Rescue Department

to any person not employed as a Lieutenant, Captain, Battalion Chief, Deputy Chief of Operations and/or Chief of the Monroe County Fire Rescue Department.

(y) All electronic mail ("email"), memoranda, correspondence, and other writings sent or received at any time from any employee of the Monroe County Fire Rescue Department concerning alleged discrimination against members of the Hispanic Race during the period from September 23, 2008, through the current date.

(z) All records which would assist in the determination of the wages and employment benefits, including the dollar value of such benefits, which Mario Romera would have been eligible to receive from June 27, 2013, had he not been terminated by the Monroe County Fire Rescue Department.

(aa) A computation of each category of damages claimed by the Plaintiff, including:

(1) Lost wages from June 27, 2012, to date of reinstatement and prejudgment interest. Amount to be determined from discovery;

(2) Damages from loss of benefits from June 27, 2012, to date of reinstatement and prejudgment interest. Amount to be determined from discovery;

(3) Attorney's fees to be determined based upon the Court's determination of the hours expended and the hourly rate to be applied.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2014, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

*Craig A. Brand, Esq.*
_____
Craig A. Brand, Esq.
Florida Bar No. 896111
THE BRAND LAW FIRM, P.A.
Attorneys for Plaintiff
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 101
Miami, Florida 33133
Main Office/Fax Line. 877-407-2726
VOIP Dual Line)
Tel. (305) 878-1477
E-Mail: Craig@thebrandlawfirm.com

**SERVICE LIST**

**ROMERA V. MONROE COUNTY FLORIDA**
**Case No. 4:13-CV-10110-MARTINEZ-MCAILEY**
**United States District Court, Southern District of Florida**

Craig A. Brand, Esq.
THE BRAND LAW FIRM, P.A.
2937 S.W. 27th Avenue, Suite 101
Miami, Florida 33133
Telephone: (305) 878-1477
Craig@thebrandlawfirm.com

Christopher J. Stearns, Esq.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
stearns@jambg.com