UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: **13-10110-CIV-MARTINEZ-GOODMAN**

MARIO ROMERA,

    Plaintiff,

vs.

MONROE COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER DENYING DEFENDANT, MONROE COUNTY'S, MOTION TO BE EXCUSED FROM THE FIRST WEEK OF TRIAL DOCKET WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Defendant, Monroe County's, Motion to be Excused from the First Week of Trial Docket (D.E. No. 33). Trial is currently set for November 3, 2014 (D.E. No. 21), and Defendant Monroe County, Florida ("Defendant") indicates that Monroe County's Battalion Chief, Gary Boswell, whose presence at trial is vital, will be out of the country on a long-standing, pre-paid family vacation from November 3, 2014 through November 7, 2014. (D.E. No. 33 at 1). Accordingly, Defendant seeks to be excused from the first week of the Court's two-week trial docket commencing November 3, 2014. Calendar Call is set for October 30, 2014, and the Court will address any potential scheduling conflicts at that point. Therefore, after careful consideration, it is hereby

ORDERED AND ADJUDGED that Defendant, Monroe County's, Motion to be Excused from the First Week of Trial Docket (D.E. No. 33) is **DENIED without prejudice**. Defendant

may renew its motion at Calendar Call on October 30, 2014 if necessary.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of July, 2014.

>JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record