IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------
CASE NO.  13-10110-CIV-MARTINEZ/GOODMAN

**MARIO ROMERA**,

    Plaintiff,

vs.

**MONROE COUNTY, FLORIDA,**

    Defendant.

_____/

## PLAINTIFF'S LOCAL RULE 16.1 SUPPLEMENTAL DISCLOSURES AND DISCLOSURE OF ADDITION WITNESSES

On March 12, 2014, Plaintiff, **MARIO ROMERA**, filed his preliminary witness list pursuant to Order Setting Civil Trial Date (DE 19).  On April 4, 2014 Plaintiff**, MARIO ROMERA**, provided disclosures pursuant to Local Rule 16.1 and Fed. R. Civ. P. 26(a)(3) (DE 23).

Plaintiff, **MARIO ROMERA**, herewith files a supplement to Plaintiff's March 12, 2014, witness list and April 4, 2014, disclosures pursuant to Local Rule 16.1 and Fed. R. Civ. P. 26(a)(3), and says:

(i)    The name and, if known, address and telephone number of each additional individual who Plaintiff may present as a witness and the subject matter about which the witness is expected to testify is as follows:[1,2]

---

[1] Plaintiff is disclosing these individuals in a good faith attempt to identify all individuals who may testify in this action.  Plaintiff's investigation into the facts, circumstances and possible witnesses in this action is ongoing. Plaintiff may ultimately locate additional individuals with knowledge regarding the allegations, claims or defenses asserted in this action.

[2] The designation "E" will follow the name of the witness expected to be called by the Plaintiff.  The Designation "M" will follow the name of the witness who may be called by the Plaintiff.

| Name | | Address | Subject |
|---|---|---|---|
| Captain Andrea Sutherland | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6004 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; personal relationship with Chief Callahan; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere. |
| Holly Pfiester, Executive Assistant to Chief Callahan | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6004 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere. |
| Danice Horachek, Administrative Assistant to the Battalion Chiefs | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6004 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere; participated in Plaintiff's predetermination hearing. |
| Jefferson Brandt, former Monroe County firefighter | E | Across from School Peru, Barrio Carmen, San Jose, Costa Rica, tel: (506) 8993-0647 [Costa Rica does not have specific street addresses.] | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere. |
| Firefighter Cameron Cowart | E | Monroe County Fire Rescue Dept., 490 63rd St. Ocean, Marathon, FL 33050, tel: (305) 289-6004 | Facts and allegations asserted by Plaintiff; defenses raised by Defendant; disparity in disciplinary sanctions based upon race and national origin; discriminatory atmosphere. |

(ii)   **Plaintiff expects to offer the following exhibits[3] in evidence at trial:**

(a)   At this time there are no additional exhibits.

---

[3] Plaintiff is disclosing these exhibits in a good faith attempt to identify the evidence Plaintiff intends to offer at trial. Plaintiff's investigation into the facts, circumstances and possible witnesses in this action is ongoing. Plaintiff may ultimately ascertain additional evidence related to the allegations, claims or defenses asserted in this action.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4 day of August, 2014, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

*Craig A. Brand, Esq.*
_____
**Craig A. Brand, Esq.**
Florida Bar No. 896111
THE BRAND LAW FIRM, P.A.
Attorneys for Plaintiff
Mayfair in the Grove
3390 Mary Street, Suite 116
Coconut Grove, Florida 33133
Main Office/Fax Line. 877-407-2726
(VOIP Dual Line)
Tel. (305) 878-1477
E-Mail: Craig@thebrandlawfirm.com

## SERVICE LIST

**ROMERA V. MONROE COUNTY FLORIDA**
**Case No. 4:13-CV-10110-MARTINEZ-MCAILEY**
**United States District Court, Southern District of Florida**

Craig A. Brand, Esq.
THE BRAND LAW FIRM, P.A.
Attorneys for Plaintiff
Mayfair in the Grove
3390 Mary Street, Suite 116
Coconut Grove, Florida 33133
Main Office/Fax Line. 877-407-2726
(VOIP Dual Line)
Tel. (305) 878-1477
E-Mail: Craig@thebrandlawfirm.com


Christopher J. Stearns, Esq.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
Attorneys for Defendant
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
stearns@jambg.com